# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 23-2012V

| | |
|---|---|
| RICKY CARTER,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>      Respondent. | Chief Special Master Corcoran<br><br>Filed: June 6, 2025 |

*Catherine Wallace Costigan*, Maglio Christopher & Toale, PA, Washington, DC, for Petitioner.

*Lynn Christina Schlie*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On November 20, 2023, Ricky Carter filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barre Syndrome ("GBS") following an influenza vaccine he received on October 10, 2022. Petition at ¶¶ 3, 15, 29. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 19, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for his GBS. On June 5, 2025, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $414,201.57, comprised of $160,000.00 for pain and suffering, $9,614.57 for past unreimbursable expenses, and $244,587.00 in lost wages. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

      Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $414,201.57, comprised of $160,000.00 for pain and suffering, $9,614.57 for past unreimbursable expenses, and $244,587.00 in lost wages, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

      The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

      **IT IS SO ORDERED.**

                                    **s/Brian H. Corcoran**
                                    Brian H. Corcoran
                                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| RICKY CARTER, | )<br>) |
| Petitioner, | )<br>) No. 23-2012V |
| v. | ) Chief Special Master Corcoran<br>) ECF |
| SECRETARY OF HEALTH<br>AND HUMAN SERVICES, | )<br>)<br>) |
| Respondent. | )<br>) |

**PROFFER ON AWARD OF COMPENSATION**

On November 20, 2023, Ricky Carter ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq., alleging that an influenza ("flu") vaccine administered to him on October 10, 2022, caused him to develop Guillain-Barré Syndrome ("GBS"). Petition at 1. On September 19, 2024, Chief Special Master Corcoran issued a Ruling on Entitlement finding that petitioner is entitled to compensation. ECF No. 26. Respondent now proffers the following regarding the amount of compensation to be awarded.

**I.**     **Items of Compensation**

   A.    Pain and Suffering

Respondent proffers that petitioner should be awarded $160,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

   B.    Past Unreimbursable Expenses

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses related to his vaccine-related injury. Respondent proffers that petitioner should be awarded past

unreimbursable expenses in the amount of $9,614.57.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

    C.    <u>Lost Wages</u>

Evidence supplied by petitioner documents that he incurred lost wages related to his vaccine-related injury.  Respondent proffers that petitioner should be awarded lost wages in the amount of $244,587.00.  *See* 42 U.S.C. § 300aa-15(a)(3)(A).  Petitioner agrees.

**II.**    **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.  Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $414,201.57, to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.  Petitioner agrees.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

COLLEEN C. HARTLEY
Assistant Director
Torts Branch, Civil Division

                                              */s/ Lynn C. Schlie*
                                              LYNN C. SCHLIE
                                              Trial Attorney
                                              Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              P.O. Box 146
                                              Benjamin Franklin Station
                                              Washington, D.C. 20044-0146
                                              Tel: (202) 616-3667
                                              Email: lynn.schlie@usdoj.gov

DATED:  June 5, 2025